UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRUCE RAFFORD,

Plaintiff,

v.

MARK STRONG, BILL VAN HOOK,

Defendants.

CASE NO. 3:16-CV-05543-RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: May 18, 2018

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Bruce Rafford, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on June 23, 2016. *See* Dkt. 1. On July 5, 2017, the Court stayed this case because this case and a related case --*Malone v. Strong*, 3:16-cv-5284-RBL-DWC ("Related Case") -- were in different procedural postures. *See* Dkt. 17.

The Clerk of Court mailed the Order Staying the Case to Plaintiff. The mailing was returned as undeliverable on July 31, 2017. Dkt. 18. On August 1, 2017, the Court directed Plaintiff to update the Court with his current address or face dismissal. Dkt. 19. While the Order

1  directing Plaintiff to update his address was not returned to the Court as undeliverable, Plaintiff

2  did not confirm his address with the Court or otherwise respond to the Court's Order.

3        On March 9, 2018, the Court entered an Order lifting the stay in this case and directing

4  Plaintiff to provide a status update on or before April 6, 2018 informing the Court whether he

5  wished to proceed with this action. Dkt. 20. The Court warned Plaintiff that failure to respond to

6  the Order would result in the Court recommending dismissal of this action. *Id.*

7        Plaintiff has failed to comply with or respond to the Court's August 1, 2017 Order and

8  March 9, 2018 Order. In fact, Plaintiff has not filed a pleading with the Court since initiating this

9  lawsuit in June of 2016. *See* Dkt. 2. As Plaintiff has failed to comply with the Court's Orders, the

10 Court recommends this case be dismissed without prejudice.

11       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

12 Procedure, the parties shall have fourteen (14) days from service of this Report to file written

13 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

14 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

15 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on May

16 18, 2018, as noted in the caption.

17       Dated this 27th day of April, 2018.

18

19                                     _____

20                                       David W. Christel
                                      United States Magistrate Judge

21

22

23

24